# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jeffrey Scott Brown

Defendant

)
)
)
)
)
)

Case: 1:21-mj-00565
Assigned to: Judge Faruqui, Zia M.
Assign Date: 8/16/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) _Jeffrey Scott Brown_,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b) - Inflicting Bodily Injury on Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. §§ 1752(a)(1), (2) and (4) - Entering and Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct in a Restricted Building for Grounds, and Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. §§ 5104(e)(2)(D), (E), and (F) - Disorderly Conduct in a Capitol Building, Impeding Passage Through the Capitol Grounds or Buildings, and Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 08/16/2021

2021.08.16 19:45:41 -04'00'

_Issuing officer's signature_

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) _8/16/21_, and the person was arrested on (date) _8/26/21_
at (city and state) _Santa Ana, CA_.

Date: _8/26/21_

_Arresting officer's signature_

SA Jessica Salo
_Printed name and title_