UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-mj-565 |
| | : | |
| JEFFREY SCOTT BROWN, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and all counsel in relation to Government's Motion for Emergency Stay and for Review and Appeal of Release Order (ECF No. 6). The exhibits are as follows:

1. Government Exhibits 1 and 2 – These videos were provided to the Court via disk and provided to opposing counsel via USAfx on August 30, 2021. Government Exhibits 1 and 2 are video recordings from the cell phone of another Capitol rioter, as referenced in the Statement of Facts, and are approximately 7 seconds and 15 seconds in length respectively. The events depicted in Exhibits 1 and 2 occurred on January 6, 2021.

2. Government Exhibit 3 - This video was provided to the Court via disk and provided to opposing counsel via USAfx on August 30, 2021. It is a publicly available YouTube video called Scenes_of_Chaos_Captured_Inside_US_Capitol_as_Crowd_Challenges_Police. It is approximately 29:22 minutes. The events depicted in Exhibit 3 occurred on January 6, 2021. The relevant portion of the video showing Defendant Brown spray begins around 20:05 minutes.

3. Government Exhibit 4 was provided to the Court and opposing counsel via email on August 30, 2021. It was also provided by USAfx to opposing counsel on the same day.

1

Government's Exhibit 4 is a 6-page PDF that includes photos from the search of Defendant Brown's car and residence on August 26, 2021.

4. Government Exhibits 5 and 6 are CCV footage from the Capitol. The clips are approximately 1:59 and 5:59 minutes respectively. This footage was submitted to the Court with the governments motion that they be filed under seal (ECF 11).

5. Government Exhibit 6 is a video posted on Twitter of a recording of Jeffrey Brown in a Costco store in December 2020. The video is approximately 1:08 minutes long.

                                Respectfully submitted,

                                CHANNING D. PHILLIPS
                                Acting United States Attorney
                                DC Bar No. 415793

By:   /s/ *Mitra Jafary-Hariri*
       MITRA JAFARY-HARIRI
       Assistant United States Attorney
       Detailee
       MI Bar No. P74460
       211 W. Fort Street, Suite 2001
       Detroit, MI 48226
       mitra.jafary-hariri@usdoj.gov
       (313) 226-9632

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused the parties or counsel of record to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on September 2, 2021

s/Mitra Jafary-Hariri
Mitra Jafary-Hariri
Assistant United States Attorney