**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | | |
| v. | : | Case No.: | 21-mj-565 (ZMF) |
| | : | | |
| JEFFREY SCOTT BROWN, | : | Re Document No.: | 6 |
| | : | | |
| Defendant. | : | | |

## ORDER

### GRANTING GOVERNMENT'S MOTION TO REVOKE RELEASE ORDER

For the reasons stated in the Court's memorandum opinion separately and contemporaneously issued, the Government's motion to revoke the magistrate judge's release order (ECF No. 6) is **GRANTED**.  It is hereby:

**ORDERED** that Defendant shall be detained pending trial; and it is

**FURTHER ORDERED** that Defendant shall self-surrender by 4:00 PM on Tuesday, September 7, 2021, to the custody of the U.S. Marshals Service at the following address:

> Ronald Reagan Federal Building & Courthouse
> 411 West 4th Street
> Santa Ana, CA  92701

**SO ORDERED**.

Dated: September 3, 2021                              RUDOLPH CONTRERAS
                                                            United States District Judge