UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : MAGISTRATE NO. 21-MJ-565 (ZMF) |
| JEFFREY SCOTT BROWN, | : |
| Defendant. | : |

**UNOPPOSED MOTION FOR TRANSPORT ORDER**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that this Court enter an Order directing the United States Marshals Service to transport defendant Jeffrey Scott Brown from the Central District of California to the District of Columbia for further proceedings on the Complaint filed against him, charging the defendant with Inflicting Bodily Injury on Certain Officers (18 U.S.C. §§ 111(a) and (b)) (including while using a dangerous weapon); Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); Entering and Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct in a Restricted Building or Grounds, and Engaging in Physical Violence in a Restricted Building or Grounds (18 U.S.C. §§ 1752(a)(1), (2), and (4); and Disorderly Conduct on Capitol Grounds, Impeding Passage Through the Capitol Grounds or Buildings, and Act of Physical Violence in the Capitol Grounds or Buildings (40 U.S.C. § 5104(e)(2)(D), (E), and (F)). In support of its motion, the United States states as follows:

1. On August 26, 2021, the defendant, Jeffrey Scott Brown, was arrested in his home state of California on an arrest warrant issued in the United States District Court for the District of Columbia in connection with a Criminal Complaint charging the defendant with the above-listed offenses.

1

2. Defendant Brown made his initial appearance on August 26, 2021 before a magistrate judge in the Central District of California. At his initial appearance, the government made a motion to detain the defendant without bond pending trial.

3. On August 26, 2021, a magistrate judge in the Central District of California held a detention hearing. At the conclusion of the hearing, the magistrate judge denied the government's motion to detain the defendant without bond pending trial and released him.

4. An Assistant United States Attorney for the Central District of California orally moved to stay the defendant's release pending an appeal by the government. The magistrate judge denied that request.

5. The United States filed in this Court an Emergency Motion to Review the Court's Release Order on August 26, 2021.

6. On September 3, 2021, Acting Chief Judge Rudolph Contreras Issued an Order Granting the Government's Motion to Revoke Release Order (ECF 13). The Court ordered Defendant Brown to report to the federal courthouse in California by September 7, 2021.

7. On September 7, 2021, Defendant Brown turned himself in in California.

8. In order to have the Defendant transferred to the District of Columbia, to resolve the pending charges, and to conduct further proceedings in this matter, the defendant, who remains detained, needs to be transported to the District of Columbia by the United States Marshals Service.

Accordingly, the United States moves this Court to issue an Order directing the United States Marshals Service to transport defendant Jeffrey Scott Brown forthwith to the District of Columbia for further proceedings.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY


By:     /s/ *Mitra Jafary-Hariri*
        MITRA JAFARY-HARIRI
        Assistant United States Attorney
        Detailee
        MI Bar No. P74460
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        mitra.jafary-hariri@usdoj.gov
        (313) 226-9632