**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case Number 21-mj-565** |
| **JEFFREY SCOTT BROWN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

Upon consideration of the Government's Unopposed Motion to Seal, it is hereby:

**ORDERED** that the exhibits submitted by the government to The Court – (Exhibit 5 – CCV Lower West Terrace Tunnel and Exhibit 6 – CCV Lower West Terrace Tunnel) – be sealed until further Order of this Court.

September 12, 2021

_____

DATE

_____

Robin M. Meriweather
UNITED STATES MAGISTRATE JUDGE for
the DISTRICT OF COLUMBIA