# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. <u>1:21-mj-00565</u>
)
JEFFREY SCOTT BROWN )

## NOTICE OF APPEAL

Name and address of appellant:

Jeffery S. Brown
Santa Ana Jail
92 Civic Center Plaza
Santa Ana, Ca 92701

Name and address of appellant's attorney:

Samuel C. Moore
Law Office of Samuel C. Moore, PLLC
526 King. St., Suite 506
Alexandria, VA 22314

Offense:   18 U.S.C §§111(a)(1), (b); § 231(a)(3); § 1725(a)(1),(2),(4); 40 U.S.C §§5104(e)(2)(D),(E),(F)

Concise statement of judgment or order, giving date, and any sentence:

9/3/2021 - Order Granting Government's Motion to Revoke Release Order. ECF 13.

Name and institution where now confined, if not on bail:   Santa Ana Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

<u>9/16/2021</u>
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE  ☐
PAID USDC FEE  ☐
PAID USCA FEE  ☐

Does counsel wish to appear on appeal?   YES ✓   NO ☐
Has counsel ordered transcripts?   YES ☐   NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ✓   NO ☐