# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-3063**                **September Term, 2021**

**1:21-mj-00565-ZMF-1**

**Filed On: January 11, 2022** [1930144]

United States of America,

       Appellee

   v.

Jeffrey Scott Brown,

       Appellant

## M A N D A T E

     In accordance with the judgment of November 17, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                          BY:    /s/
                                     Daniel J. Reidy
                                     Deputy Clerk

Link to the judgment filed November 17, 2021